United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BARRETT,<br><br>    Plaintiff,<br><br>    v.<br><br>G. BERRY, et al.,<br><br>    Defendants. | Case No. 19-cv-01923-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO PRODUCE DOCUMENTS**<br><br>Re: Dkt. No. 13 |

Good cause being shown, Defendants' request for an extension of time to comply with the deadline for production of documents as set forth the Court's Order of Service is GRANTED. Dkt. No. 13. Defendants shall produce the documents specified in the Court's Order of Service by December 2, 2019.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 10/4/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge