UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BARRETT,<br><br>Plaintiff,<br><br>v.<br><br>G. BERRY, et al.,<br><br>Defendants. | Case No. 19-cv-01923-HSG<br><br>**ORDER GRANTING REQUEST THAT COURT ORDER DEFENDANTS TO FILE AN ANSWER; GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION; ORDERING DEFENDANTS TO ANSWER COMPLAINT**<br><br>Re: Dkt. Nos. 21, 23 |

Now pending before the Court are plaintiff's request that the Court require defendants to answer the complaint, Dkt. No. 21, and defendants' request for an extension of time to file their dispositive motion, Dkt. No. 23. The Court GRANTS plaintiff's request and orders defendants to file an answer to the complaint within **twenty-one (21) days** of the date of this order. Good cause being shown, the Court GRANTS Defendants' request for an extension of time to file their dispositive motion. Defendants shall file their dispositive motion by December 20, 2019. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on defendants no later than forty-five (45) days from the date defendants' motion is filed. Defendants shall file a reply brief no later than fifteen (15) days after plaintiff's opposition is filed.

This order terminates Dkt. Nos. 21 and 23.

**IT IS SO ORDERED.**

Dated: 10/23/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge