UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BARRETT,<br>　　　　Plaintiff,<br>　　v.<br>G. BERRY, et al.,<br>　　　　Defendants. | Case No. 19-cv-01923-HSG<br><br>**ORDER REGARDING ISSUANCE OF SUBPOENAS**<br><br>Re: Dkt. Nos. 25, 32 |

Plaintiff has requested subpoenas for documents, and also inquired as to whether there are local rules governing service, subpoenas, and notifications in *pro se* cases. Dkt. No. 25. The Court cannot provide plaintiff with legal advice as to how to prosecute his case. Plaintiff should directly consult the Federal Rules of Civil Procedure and the Northern District of California's Local Rules if he has questions regarding what these rules require. Plaintiff has been provided with three blank subpoena forms. Plaintiff now requests three blank subpoena forms signed by the Clerk. Dkt. No. 32. The Court does not provide blank subpoena forms signed by the Clerk. Plaintiff should complete the subpoena forms he currently has. After the subpoenas are completed, he should return them the Court for issuance by the Clerk, issuance meaning only that a deputy clerk will sign them and put the clerk's stamp on them. The subpoenas will thereafter be returned to plaintiff for service.

**IT IS SO ORDERED.**

Dated: 11/12/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge