UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BARRETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. BERRY, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01923-HSG<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 39 |

　　　Good cause being shown, defendants' request for an extension of time to file their reply in support of their summary judgment motion is GRANTED. Dkt. No. 39. Defendants shall file their reply by March 6, 2020.

　　　This order terminates Dkt. No. 39.

　　　**IT IS SO ORDERED.**

Dated: 2/24/2020

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge