UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>G. BERRY, et al.,<br><br>    Defendants. | Case No. 19-cv-01923-HSG<br><br>**ORDER GRANTING REQUEST FOR COURTESY COPY OF DOCKET SHEET**<br><br>Re: Dkt. No. 49 |

Plaintiff's request for a courtesy copy of the docket sheet is GRANTED. Dkt. No. 49. The Court has provided Plaintiff with a courtesy copy of his docket sheet under separate cover.

This order terminates Dkt. No. 49.

**IT IS SO ORDERED.**

Dated: 1/8/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge