UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BARRETT,<br><br>  Plaintiff,<br><br>  v.<br><br>G. BERRY, et al.,<br><br>  Defendants. | Case No. 19-cv-01923-HSG<br><br>**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT** |

Plaintiff, a state prisoner at San Quentin State Prison ("SQSP"), has filed a *pro se* complaint under 42 U.S.C. § 1983. Dkt. Nos. 1, 7. On September 30, 2020, the Court denied in part and granted in part Defendants' motion for summary judgment, and dismissed all defendants and claims except for the excessive force claim against defendant SQSP officer G. Berry.[1] Dkt. No. 47. The Court referred this action to Magistrate Judge Robert Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. Dkt. No. 47. On February 8, 2021, Judge Illman reported that the parties were unable to reach an agreement at that time. Dkt. No. 51.

Because the parties have been unable to settle this case, Plaintiff is REFERRED to the Federal Pro Bono Project for location of pro bono counsel. The Clerk shall forward to the Federal Pro Bono Project a copy of this order. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court. All proceedings in this action are stayed until four weeks from the date an attorney is appointed.

---

[1] Pursuant to the Court's September 30, 2020 Order, the Clerk of the Court is directed to terminate defendants Jack Dougery, Mario Gaitan, Jorge Castro, Sal Giminez, Antonio Strayhorn, O. Berger, and J. King from this action. Dkt. No. 47 at 14-16, 19.

Once such attorney is appointed, the Court will schedule a case management conference.

**IT IS SO ORDERED.**

Dated: 2/10/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge