United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BARRETT,<br>    Plaintiff,<br>v.<br>G. BERRY, et al.,<br>    Defendants. | Case No. 19-cv-01923-HSG<br><br>**ORDER APPOINTING COUNSEL; STAYING CASE** |

Plaintiff, a state prisoner at San Quentin State Prison ("SQSP"), has filed a *pro se* complaint under 42 U.S.C. § 1983. Dkt. Nos. 1, 7. On September 30, 2020, the Court denied in part and granted in part Defendants' motion for summary judgment, and dismissed all defendants and claims except for the excessive force claim against defendant SQSP officer G. Berry. Dkt. No. 47. The Court referred this action to Magistrate Judge Robert Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. Dkt. No. 47. On February 8, 2021, Judge Illman reported that the parties were unable to reach an agreement at that time. Dkt. No. 51. On February 10, 2021, the Court referred this case to the Federal Pro Bono Project to locate counsel for purposes of appointment. Dkt. No. 52.

The Federal Pro Bono Project has informed the Court that Steven D. Moore (California SBN 290875) and Rishi Gupta (California SBN 313079) of Kilpatrick Townsend & Stockton LLP, located at Two Embarcadero Center, Ste. 1900, San Francisco, CA 94111, and Kasey Koballa (North Carolina SBN 53766, pending *pro hac vice* admission) of Kilpatrick Townsend & Stockton LLP, located at 4208 Six Forks Road, Ste., 1400, Raleigh, NC 27609, have agreed to serve as appointed pro bono counsel for Plaintiff in this action. The Court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Steven D. Moore, Rishi Gupta, and

Kasey Koballa as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The scope of this referral shall be for all purposes for the duration of the case through entry of a final judgment in District Court.

Counsel Kasey Koballa shall promptly complete the procedures for appearing *pro hac vice* in the Northern District of California. Per the Court's General Order No. 25, Section III.B, as a pro bono attorney, counsel is exempt from paying the *pro hac vice* fees.

All proceedings in this action are hereby stayed until eight weeks from the date of this ORDER, at which point the Court will schedule a case management conference. The purpose of the stay is to permit volunteer counsel sufficient time to meet and interview Plaintiff and review the case file. The parties shall file a joint case management statement no later than seven calendar days before the case management conference.

The Clerk shall add Plaintiff's appointed counsel to the docket. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

**IT IS SO ORDERED.**

Dated: 6/30/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2