Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Barrett

    Plaintiff(s),

v.

Berry

    Defendant(s).

Case No: 4:19-cv-01923-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER
(CIVIL LOCAL RULE 11-3)

I, Kasey E. Koballa, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Joseph Barrett in the above-entitled action. My local co-counsel in this case is Steven D. Moore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 4208 Six Forks Rd., Suite 1400<br>Raleigh, NC 27608 | Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (919) 420-1712 | (415) 576-0200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kkoballa@kilpatricktownsend.com | smoore@kilpatricktownsend.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 53766.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/30/21

                                                      Kasey E. Koballa
                                                      APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kasey E. Koballa is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/27/2021

                                                    *Haywood S. Gilliam, Jr.*
                                                    UNITED STATES DISTRICT JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of North Carolina

### CERTIFICATE OF GOOD STANDING

I, **John S. Brubaker,** Clerk of this Court,

certify that **KASEY E. KOBALLA**, North Carolina Bar # **053766**, was duly admitted to practice in

this Court on **October 11, 2019**, and is in good standing as a member of the Bar of this Court.

Dated at: **Greensboro, North Carolina** on April 07, 2021



John S. Brubaker
Clerk of Court